United States District Court
For the Northern District of California

**\*E-FILED 01-04-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FERNANDO P. RAZON and MINERVA O. RAZON,<br><br>            Plaintiffs,<br>   v.<br><br>BANK OF AMERICA; REGIONAL TRUSTEE SERVICES CORPORATION; PRLAP, INC.; and DOES 1-50,<br><br>            Defendants._____/ | No. C10-05854 HRL<br><br>**ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The parties are reminded that this case has been assigned to a magistrate judge. **No later than January 14, 2011**, each party shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* CIV. L.R. 73-1(a)(2). The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   January 4, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-05854-HRL Notice has been electronically mailed to:

Mark J Kenney     mjk@severson.com

Megan Elizabeth Gruber     meg@severson.com, temp2@severson.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

5:10-cv-05854-HRL Notice mailed to:

Fernando P. Razon
5456 Don Correlli Way
San Jose, CA 95123

Minerva O. Razon
5456 Don Correlli Way
San Jose, CA 95123

      Pro Se Plaintiffs